UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MABULIZI MAIHABUBAI

VS.

WARDEN RICHWOOD CORRECTIONAL
CENTER, ET AL.

CIVIL ACTION NO. 3:26-CV-1074

SECTION P

JUDGE JAMES D. CAIN, JR.

MAG. JUDGE DAVID J. AYO

## ORDER

Petitioner Abulizi Maihabubai, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [Doc. 1], Memorandum, [Doc. 1-2], Exhibits, [Doc. 1-3], Declaration, [Doc. 1-4], and a copy of this Order by certified mail on the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Director, and the Warden of Richwood Correctional Center.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Lafayette, Louisiana, this 29th day of May, 2026.

_____
David J. Ayo
United States Magistrate Judge

2